STATE OF NEW JERSEY v. ERNEST PACE.

February 26, 1980.

Petition for certification denied.   (See 171 *N.J.Super.* 240)

STATE OF NEW JERSEY v. EATHCLIFF BOLLERS.

March 3, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RUBIN CARTER.

March 11, 1980.

Petition for certification granted.